# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0232-LDG-PAL |
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| LIZBETH PINEDA, | |
| Defendant. | |

The Court being advised in the defendant's motion of the reasons for the request and for good cause thereon appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Continue Sentencing Hearing is GRANTED.

IT IS FURTHER ORDERED that the Sentencing Hearing in the instant matter will be held on March 20, 2013 at 9:00 a.m.

DATED: _9_ day of February, 2013.

_____
The Hon. LLOYD D. GEORGE
Senior United States District Judge