**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619) 232-8776
Fax: (619) 232-5854
victor@victortorreslaw.com

Attorney for Defendant **LIZBETH PINEDA**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No. 2:12-cr-232-LDG-PAL** |
| ) | |
| **Plaintiff,** ) | **MOTION TO MODIFY CONDITIONS** |
| ) | **OF RELEASE AND PROPOSED ORDER** |
| **vs.** ) | **THEREON** |
| ) | ***(Expedited Treatment Requested)*** |
| **LIZBETH PINEDA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Comes now, the defendant, LIZBETH PINEDA, by and through her counsel of

record, Victor Manuel Torres, and files his Motion to Modify Conditions of Release to

allow Ms. Pineda to travel to Lafayette, Indiana to visit her cousin beginning February

9, 2013, until February 23, 2013; Ms. Pineda will then travel to Clearwater, Florida to

visit friends of her family and returning to Las Vegas on March 9, 2013.

//

//

//

//

The date currently set for her sentencing is March 5, 2013, but defense counsel is seeking to continue the hearing until March 19, 2013. This request is based upon the following points and authorities.

DATED: February 7, 2013

Respectfully submitted,

s/ *Victor Manuel Torres*

VICTOR MANUEL TORRES
Attorney for Ms. PINEDA

## POINTS AND AUTHORITIES

The defendant, Lizbeth Pineda, initially appeared before the Court on June 11, 2012. Ms. Pineda was released from custody on her own recognizance with a condition, among others, that she not travel outside the District of Nevada.

Ms. Pineda spoke to her supervising U.S. Pretrial Services Officer Allison McCurty about travelling to visit her relatives and friends in Indiana and Florida. Ms. Pineda will be visiting Manuel Sanchez, who lives at 3211 Kingsmill Court, Lafayette, IN 47909 and his telephone number is (803)743-5473. She will then visit Diana Camarillo, who lives at 1280 Lakeview Road, Lot 123, Clearwater, FL 33756 and her telephone number is (727)709-0784.

Ms. McCurty has indicated to counsel that she is not opposed to this request. Ms. Pineda has maintained an excellent record of compliance with Pretrial Services and responsive to counsel and U.S. Probation at all times.

An exchange of e-mails between defense counsel Assistant U.S. Attorney Andrew Duncan concerning this request indicated Mr. Duncan does not oppose this request either.

## CONCLUSION

For the foregoing reasons, the undersigned respectfully requests that this Court allow Ms. Pineda to travel to Indiana and Florida for the purpose of visiting family and friends before she is sentenced.

DATE: February 7, 2013                    Respectfully submitted,

/s/ *Victor Manuel Torres*
VICTOR MANUEL TORRES
Attorney for Ms. Pineda

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LIZBETH PINEDA,

      Defendant.

)
)
)
)
)
)
)
)
)
)

**Case No. 2:12-cr-0232-LDG-PAL**

**ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

The Court being advised in the defendant's motion of the reasons for the request and for good cause thereon appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Modify Conditions of Pretrial Release to permit travel to Indiana and Florida from February 9, 2013 through March 9. 2013 is GRANTED.

DATED:  February 13, 2013

_____
UNITED STATES MAGISTRATE JUDGE

4

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that I am over the age of eighteen and competent to serve legal papers.

That on February 7, 2013, I served an n electronic copy of the foregoing MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND PROPOSED ORDER THEREON (Expedited Treatment Requested) by electronic service (ECF) to the following persons:

DANIEL G. BOGDEN
United States Attorney
ANDREW DUNCAN
Assistant U.S. Attorney
333 Las Vegas Boulevard So., 5th Fl.
Las Vegas, NV 89101

/s/ *Victor Manuel Torres*
VICTOR MANUEL TORRES