UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIZBETH PINEDA,<br><br>　　　　Defendant. | Case No. 2:12-cr-0232-LDG-PAL<br><br>ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

The Court being advised in the defendant's motion of the reasons for the request and for good cause thereon appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Modify Conditions of Pretrial Release to permit travel to California and Indiana from May 10, 2013 through June 1, 2013 is GRANTED.

DATED: _13 May 2013_

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT